

# Fourth Court of Appeals
## San Antonio, Texas

May 22, 2019

No. 04-19-00297-CV

**IN THE INTEREST OF J.M. J. C. B. R, ET AL**,
Appellant

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01636
Honorable Genie Wright, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The clerk's record and reporter's record, which were due to be filed on May 20, 2019, have not been filed. It is therefore ORDERED that the clerk's record and reporter's record must be filed in this appeal no later than ten days from the date of this order. TEX. R. APP. P. 35.3(c). **FURTHER REQUESTS FOR EXTENSIONS OF TIME ARE DISFAVORED.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of May, 2019.

_Keith E. Hottle_
Keith E. Hottle,
Clerk of Court